IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09-cv-00043-CMA-KMT

BEVERLY BURTON,

    Plaintiff,

v.

UNITED AIR LINES,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Unopposed Motion to Have Motion to Compel Withdrawn" (Doc. No 26, filed October 1, 2009) is GRANTED. "United's Motion to Compel Responses to United's Written Discovery Requests" (Doc. No. 16) is WITHDRAWN. The motion hearing set for October 14, 2009, is VACATED.

Dated: October 2, 2009