IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-00043-CMA-KMT

BEVERLY BURTON,

    Plaintiff,

v.

UNITED AIR LINES,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

The Court, having considered the parties' Joint Stipulation for Dismissal With Prejudice (Doc. # 32), hereby

ORDERS that this action is DISMISSED WITH PREJUDICE in its entirety, including all claims for attorneys' fees and costs.

DATED:  December __2__, 2009

                                  BY THE COURT:

                                  */s/ Christine M. Arguello*
                                  _____
                                  CHRISTINE M. ARGUELLO
                                  United States District Judge